**MEMORANDUM ENDORSED**

**PATTIS & SMITH, LLC**
383 ORANGE STREET, FIRST FLOOR
NEW HAVEN, CT 06511
TELEPHONE 203-393-3017
FACSIMILE 203-393-9745

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

NORMAN A. PATTIS, ESQ. (npattis@pattisandsmith.com)
KEVIN M. SMITH, ESQ. (ksmith@pattisandsmith.com)
ZACHARY E. REILAND, ESQ. (zreiland@pattisandsmith.com)
CHRISTOPER T. DeMATTEO, ESQ. (cdematteo@pattisandsmith.com)
JONATHAN BRUCE, PARALEGAL (jbruce@pattisandsmith.com)
SHARON ABRAMSON, OFFICE MANAGER (sabramson@pattisandsmith.com)

September 22, 2022

Hon. Gregory H. Woods
United States District Judge (S.D.N.Y.)
500 Pearl Street, Room 2260
New York, NY 10007

VIA ECM/ECF ONLY

RE:  *Kefalas, et al. v. Bristol Myers Squibb Co.*, 1:21-cv-10204-GHW
     **Letter Motion For Adjournment/Extension of Initial Pretrial Conference**

Dear Judge Woods,

I represent the Plaintiffs in this matter. I am currently on trial in Waterbury, Connecticut in the state proceeding, Erica Lafferty et al. v. Alex Jones et al. The trial is expected to continue for at least a few more weeks and will likely conclude in early to mid October. For that reason, I am writing to request an adjournment of the initial pretrial conference currently scheduled for next Thursday, September 29, and an extension of time to file the joint letter and proposed case management plan. In accordance with Individual Rule 1E, I represent the following:

1. The conference is currently scheduled for September 29, 2022 at 2pm. The joint letter and proposed case management plan are due on September 22.
2. The is the first request for an adjournment/extension for these matters.
3. I am currently on trial and expect to be on trial on the date and time of the scheduled conference. Additionally, my office is in discussions with Atty. Linthorst,

who represents the defendants, to resolve a few pleading matters, for which additional time was requested and granted earlier this week. The resolution of those matters will likely affect our joint letter and case management plans, as well as pretrial discussions. The answer date has been extended to October 4.

4. Atty. Linthorst was apprised of this request and consents.
5. I am requesting a two-week extension from September 29 and would prefer a Monday, because we are not taking evidence on Mondays in this trial.

Regards,

/s/ Norman A. Pattis /s/
Norman A. Pattis, Esq.

**CERTIFICATION OF SERVICE**

The undersigned has filed this letter via the ECM/ECF, which has automatically served this filing upon all counsel of record on this date.

/s/ Norman A. Pattis /s/

Plaintiffs' request to adjourn the initial pretrial conference, Dkt. No. 33, is granted.  The initial pretrial conference scheduled for September 29, 2022 is adjourned to October 17, 2022 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's August 8, 2022 order are due no later than October 10, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: September 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge