|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------- X<br>    :<br>DR. CARRIE KEFALAS, JOHN LOTT,    :<br>JEREMY BEER, KAMILA DUBISZ,    :<br>    :<br>                                Plaintiffs,    :<br>    :<br>                  -against-    :<br>    :<br>BRISTOL MYERS SQUIBB CO.,    :<br>    :<br>                                Defendant.    :<br>    :<br>------------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/6/2022<br><br>1:21-cv-10204-GHW<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

    Magistrate Judge James L. Cott has informed the Court that Plaintiff John Lott has settled his claims against Defendant. Accordingly, it is hereby ORDERED that Plaintiff John Lott's claims against Defendant be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, Plaintiff John Lott may submit to the Court his own Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff John Lott may apply by letter for restoration of his claims to the action in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate Plaintiff John Lott's claims to the action, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of Plaintiff John Lott's claims against Defendant with prejudice in the event that

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

Plaintiff John Lott has not requested restoration of his claims to the action within such 60-day period.

    SO ORDERED.

Dated: December 6, 2022
       New York, New York

                                                          GREGORY H. WOODS
                                                 United States District Judge