```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
DR. CARRIE KEFALAS, JOHN LOTT,                                       :
JEREMY BEER, KAMILA DUBISZ,                                          :
                                                                     :    1:21-cv-10204-GHW
                                        Plaintiffs,                  :
                                                                     :    ORDER
                -against-                                            :
                                                                     :
                                                                     :
BRISTOL MYERS SQUIBB CO.,                                            :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Magistrate Judge James L. Cott has informed the Court that Plaintiff Jeremy Beer has settled his claims against Defendant. Accordingly, it is hereby ORDERED that Plaintiff Jeremy Beer's claims against Defendant be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, Plaintiff Jeremey Beer may submit to the Court his own Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff Jeremy Beer may apply by letter for restoration of his claims to the action in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate Plaintiff Jeremey Beer's claims to the action, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of Plaintiff Jeremey Beer's claims against Defendant with prejudice in

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

the event that Plaintiff Jeremy Beer has not requested restoration of his claims to the action within such 60-day period.

SO ORDERED.

Dated: December 6, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge