USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KAMILA DUBISZ, *for themselves and on behalf of all others similarly situated*,

                     Plaintiffs,

-against-

BRISTOL MYERS SQUIBB CO.,

                     Defendant.

-----------------------------------------------------------------X

1:21-cv-10204-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated April 8, 2023, Dkt. No. 65, the parties were directed to submit a joint status letter, as requested in the case management plan and scheduling order entered on October 17, 2022, Dkt. No. 49, to the Court no later than August 29, 2023. The Court has not received the joint status letter. The parties are directed to comply with the Court's April 8, 2023 order forthwith and in any event no later than September 6, 2023.

       SO ORDERED.

Dated: August 30, 2023
New York, New York

                                            GREGORY H. WOODS
                                      United States District Judge