```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAMILA DUBISZ, *for themselves and on behalf of all others similarly situated*,

                              Plaintiffs,

                    -against-

BRISTOL MYERS SQUIBB CO.,

                              Defendant.
-----------------------------------------------------------------X

1:21-cv-10204-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated August 30, 2023, Dkt. No. 75, the parties were directed to comply with the Court's April 8, 2023 order forthwith and in any event no later than September 6, 2023. The deadline by which the joint status letter must be filed is September 4, 2023, not September 6, 2023.

    SO ORDERED.

Dated: August 30, 2023
New York, New York

                                                  GREGORY H. WOODS
                                             United States District Judge