USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAMILA DUBISZ, *for themselves and on behalf of all others similarly situated*,

                Plaintiffs,

-v -

BRISTOL MYERS SQUIBB CO.,

                Defendant.
------------------------------------------------------------X

1:21-cv-10204-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

    As discussed during the September 5, 2023 telephone conference, Defendant's motion for summary judgment is due by October 20, 2023; Plaintiffs' opposition is due thirty days after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiffs' opposition.

    SO ORDERED.

Dated: September 5, 2023
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge