```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KAMILA DUBISZ, for themselves and on behalf of all               :
others similarly situated,                                       :
                                                                 :
                                           Plaintiffs,           :
                                                                 :
                      -v -                                       :
                                                                 :
BRISTOL MYERS SQUIBB CO.,                                        :
                                                                 :
                                                                 :
                                           Defendant             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2023

1:21-cv-10204-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference regarding Defendant's motion for summary judgment on December 29, 2023 at 3:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated:  December 26, 2023

_____
GREGORY H. WOODS
United States District Judge