UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>12/29/2023</u>

KAMILA DUBISZ, *for themselves and on behalf of all others similarly situated,*

Plaintiffs,

-v -

BRISTOL MYERS SQUIBB CO.,

Defendant .

1:21-cv-10204-GHW

<u>ORDER</u>

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on December 29, 2023, Defendant's motion for summary judgment is (1) denied with respect to Plaintiff's failure to accommodate claim and (2) granted with respect to Plaintiff's disparate treatment claim.  In addition, the parties are directed to file a joint letter with their jointly proposed trial dates by no later than January 12, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

SO ORDERED.

Dated:  December 29, 2023

_____
GREGORY H. WOODS
United States District Judge