```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KAMIL DUBISZ, *for themselves and on behalf of all*           :
*others similarly situated*,                                  :
                                                              :
                                               Plaintiff,     :     1:21-cv-10204-GHW
                                                              :
                        -v-                                   :     ORDER
                                                              :
BRISTOL MYERS SQUIBB CO.,                                     :
                                                              :
                                               Defendant.     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Rule 5(E) of the Court's Individual Rules of Practice in Civil Cases ("the Court's Individual Rules") requires the parties to provide the Court with courtesy copies of all pretrial materials, including exhibits. It provides that "[v]oluminous material should be organized in tabbed binders" with spines "labeled to include the name of the case, the case number, and the nature of the materials included in the binder." *Id.* Where exhibit materials are "particularly voluminous," Rule 5(B)(ii) of the Court's Individual Rules encourages the parties to "inquire whether the Court would prefer that courtesy copies also be submitted electronically."

On August 13, 2024, the Court received physical copies of the parties' exhibits in loose-paper format held together by rubber bands. The exhibit materials are voluminous. The parties are directed to resubmit their exhibits to the Court in a manner that complies with Rule 5(E) of the Court's Individual Rules by no later than September 3, 2024. The parties are further directed to provide the court with electronic copies of the exhibit materials by no later than September 3, 2024.

SO ORDERED.

Dated: August 27, 2024
       New York, New York                          _____
                                                        GREGORY H. WOODS
                                                      United States District Judge