USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
KAMILA DUBISZ, *for themselves and on behalf of all* :
*others similarly situated*, :
: 1:21-cv-10204-GHW
Plaintiffs, :
: ORDER
-v- :
:
BRISTOL MYERS SQUIBB CO., :
:
:
Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 6, 2024, the Court adjourned the final pretrial conference in this case to October 8, 2024 at 1:00 p.m. Dkt. No. 110. A criminal trial scheduled before the Court on that date is moving forward. Accordingly, the final pretrial conference scheduled for October 8, 2024 at 1:00 p.m. is hereby adjourned to October 11, 2024 at 10:30 a.m. The Court understands that this date presents scheduling challenges for counsel in this case. However, it is necessary to hold a final pretrial conference with sufficient lead time to trial. The Court therefore expects that an attorney representing each party will be in attendance.

To accommodate the parties' scheduling challenges, the final pretrial conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: September 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge