USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMORANDUM ENDORSED

| | |
|---|---|
| KAMILA DUBISZ,<br><br>      Plaintiff,<br><br>-against-<br><br>BRISTOL MYERS SQUIBB CO.,<br><br>      Defendant. | Case No.: 1:21-cv-10204-GHW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS BROUGHT BY PLAINTIFF KAMILA DUBISZ** |

It is hereby stipulated and agreed by and between Plaintiff Kamila Dubisz and Defendant Bristol Myers Squibb ("Defendant") that all of Plaintiff's claims against Defendant in the above-captioned civil action shall be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

| **PATTIS & PAZ, LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Christopher DeMatteo* | */s/ Thomas A. Linthorst* |
| Christopher DeMatteo | Thomas A. Linthorst |
| Norman Alexander Pattis | Tova F. Katims |
| 383 Orange Street | 101 Park Avenue |
| New Haven, CT 06511 | New York, NY 10178 |
| Telephone: (203) 393-3017 | Telephone: (212) 309-6000 |
| Fax: (203) 393-9745 | Fax: (212) 309-6001 |
| cdematteo@pattisandsmith.com | thomas.linthorst@morganlews.com |
| npattis@pattisandsmith.com | tova.katims@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: 10/15/2024 | Dated: 10/15/2024 |

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.
SO ORDERED.
Dated: October 15, 2024

              _____
              GREGORY H. WOODS
              United States District Judge